E-FILING



FILED
AUG 13 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  Harry J. Williby
   P.O. Box 990755
   Redding, CA 96099
2  **Phone:** (209) 244-3414
   **E-mail:** harrywilliby@gmail.com
3  **Attorney for:** In Pro Se

4           UNITED STATES DISTRICT COURT

5        NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

6

7  **Harry J. Williby,**               ) Case No. CV 18 4903 RMI
                                       )
8           Petitioner,                ) **NOTICE OF PETITIONER'S MOTION**
                                       ) **FOR A PRELIMINARY INJUNCTION**
9      vs.                             )
                                       ) ([TELEPHONIC] ORAL ARGUMENT
10 **Alphabet Corporation, dba,**      ) REQUESTED; EXPEDITED
                                       ) CONSIDERATION REQUESTED)
11 **Google, Inc, dba, Blogger, and,** )
                                       )
12 **YouTube, LLC.**                   )
                                       )
13 **Does/Roes 1-10,**                 )
                                       )
14          respondents.               )

15      Pursuant to Fed. R. Civ. P. 65(a)(1), Petitioner Harry J.
16 Williby ("Petitioner") moves for (1) a temporary restraining
17 order enjoining respondents ("Alphabet Corporation and dba
18 Google, Inc., dba, Blogger and YouTube, LLC.") including their
19 domestic and foreign agents, divisions, parents, subsidiaries,
20 affiliates, YouTube partnerships, or YouTube joint ventures, from
21 suspending, or terminating Petitioner's Youtube Channels: The
22 "Harry Williby Channel" and "The Attorney Depot™ Channel," based
23 upon the imposition of "Copyright Strikes," or "Copyright
24 Claims," not submitted by copyright owner(s), or processed by
25 Respondents, in accordance with the Digital Millennium Copyright
26 Act, 17 U.S. Code §§ 512(g)(1) until the preliminary injunction
27 can be heard; and (2) a preliminary injunction enjoining
28 respondents ("Alphabet Corporation and dba Google, Inc., dba,

2

Blogger and YouTube, LLC.") including their domestic and foreign agents, divisions, parents, subsidiaries, affiliates, partnerships, or joint ventures, from suspending, or terminating Petitioner's Youtube Channels: The "Harry Williby Channel" and "The Attorney Depot™ Channel," based upon the imposition of "Copyright Strikes," or "Copyright Claims," not submitted by copyright owner(s), or processed by Respondents, in accordance with the Digital Millennium Copyright Act, 17 U.S. Code §§ 512(g)(1).

Petitioner requires the aid of this Court to maintain the status quo prior to the trial on the merits, which has not yet been scheduled. Petitioner further requests waiver of the requirement for posting security for payment of any costs or damages incurred by respondents as a result of the temporary restraining order and preliminary injunction.

These motions are based on Petitioner's Notice; Supporting Memorandum; and Accompanying Affidavit. A proposed form of temporary restraining order is submitted with this motion. Expedited consideration is requested. The undersigned Petitioner has provided notice to respondents by telephone call to Attorney John Ferrie - Senior Counsel - YouTube, attorney for respondents [and electronic mail @ legal@support.youtube.com [1]] on this date.

**Dated:** August 8, 2018

**Respectfully submitted,**

---
[1] https://support.google.com/youtube/answer/6154232?hl=en

By: *[signature]*
Harry J. Williby
Petitioner, In Pro Se
P.O. Box 990755
Redding, CA 96099