```
Harry J. Williby
P.O. Box 990755
Redding, CA 96099
Phone: (209) 244-3414
E-mail: harrywilliby@gmail.com
Attorney for: In Pro Se
```

**FILED**
AUG 13 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| Harry J. Williby,<br><br>    Petitioner,<br><br>vs.<br><br>Alphabet Corporation, dba,<br>Google, Inc., dba, Blogger,<br>YouTube, LLC. and<br>Does/Roes 1-10,<br><br>    Respondents. | Case No. CV 18 4903 RMI<br><br>PETITIONER'S AFFIDAVIT IN SUPPORT OF ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION<br><br>(EXPEDITED CONSIDERATION REQUESTED) |

**STATE OF CALIFORNIA**

**COUNTY OF SHASTA:**

    Petitioner, Harry J. Williby, makes the following affirmation under the penalties of perjury:

    I, Harry J. Williby, as petitioner in the above-entitled action, respectfully move this court to order Respondents to show cause why they should not be enjoined from suspending, denying access to, or terminating Petitioner's YouTube Channels: The "Harry Williby Channel" and "The Attorney Depot™ Channel," based upon the imposition of "Copyright Strikes," or "Copyright Claims," not submitted by copyright owner(s), or processed by Respondents, in accordance with the Digital Millennium Copyright Act, 17 U.S. Code §§ 512(g)(1), until a final disposition on the merits in the above-entitled action.

2

Unless this order is issued, I will suffer immediate and irreparable injury, loss and damage in that Petitioner's First Amendment Right to produce, maintain, and publicly disseminate video material over The "Harry Williby" and "The Attorney Depot™" YouTube Channels has been completely, terminated, suspended and/or eviscerated by Respondents.

At approximately 4:30 p.m., Tuesday, August 2, 2018, I e-mailed the Respondent's Legal Department and advised them that an application would be made by petitioner for a temporary restraining order and an order directing him to show cause why they should not be preliminarily enjoined (See Attached, Ex 13).

Since Petitioner's First Amendment Rights are at stake, this motion has been brought by order to show cause and a prior request has been made for the relief requested herein in <u>Williby v. Hearst Corporation, Case No. 5:15-CV-02538-EJD</u>.

WHEREFORE, I respectfully request that the Court grant the within relief as well as such other and further relief that may be just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

**Dated this 8th day of August, 2018**

**Respectfully submitted,**

By: /s/ *Harry J. Williby*
Harry J. Williby
Petitioner, In Pro Se
P.O. Box 990755
Redding, CA 96099



Harry Williby <harrywilliby@gmail.com>

# Fed. R. Civ. P. 65; Account Termination/Suspension
3 messages

**Harry Williby** <harrywilliby@gmail.com>　　　　　　　　　　　　　　Thu, Aug 2, 2018 at 11:37 AM
To: legal@support.youtube.com

Pursuant to Fed. R. Civ. P. 65, Harry Williby, dba, Harry Williby Channel (http://www.youtube.com/c/HarryWilliby021269) at YouTube will seek a Temporary Restraining Order/Permanent injunction against YouTube (by Aug. 6, 2018) for the termination of the Harry Williby YouTube Channel on August 1, 2018; and the suspension of The Attorney Depot™ YouTube Channel (http://www.youtube.com/user/theattorneydepot) based upon the channel being linked to the Harry Williby channel.

Respectfully submitted,
Harry J. Williby

---

**legal@support.youtube.com** <legal@support.youtube.com>　　　　　　　　Thu, Aug 2, 2018 at 11:37 AM
To: harrywilliby@gmail.com

Thanks for contacting the YouTube Legal Support team. We will review your request as soon as possible. Please note that general help inquiries won't be answered here. To expedite our ability to investigate your claim, we encourage you to submit your legal claim electronically via our webform.

For help with other site-related issues, please visit our Help Center. If you wish to report abuse or inappropriate content, or would like to make a privacy complaint, please visit our Safety Center.

Regards,

The YouTube Team

---

**legal@support.youtube.com** <legal@support.youtube.com>　　　　　　　　Thu, Aug 2, 2018 at 8:46 PM
To: Harry Williby <harrywilliby@gmail.com>

Hello,

In order to further consider your claim, we would be grateful if you could attach a copy of the court order, or other official legal document to which you refer, in your email below.

Please note, until we receive relevant documentation, we will not be taking any further action in relation to this claim.


Regards,

The YouTube Legal Support Team

[Quoted text hidden]

Exhibit #13

Harry T. Williby
P.O. Box 990755
Redding, California
96099

U.S. POSTAGE
PAID
REDDING, CA
96001
AUG 08 18
AMOUNT
$2.89
R2305M144190-04

95113

AUG 13 2018
U.S. MARSHALS SF

Robert F. Peckham
Federal Building
United States Courthouse
280 South 1st Street
San Jose, CA 95113

NEW Filing
420/pgc. 1z
RE: 3rd Building