


| | |
|---|---|
| 1 | Harry J. Williby |
|   | P.O. Box 990755 |
| 2 | Redding, CA 96099 |
|   | **Phone:** (209) 244-3414 |
|   | **E-mail:** harrywilliby@gmail.com |
| 3 | **Attorney for:** In Pro Se |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | | |
|---|---|---|
| 7 | Harry J. Williby, | Case No.: CV 18 4903 |
| 8 | Petitioner, | PETITIONER'S [PROPOSED] ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND |
| 9 | vs. | TEMPORARY RESTRAINING ORDER |
| 10 | **Alphabet Corporation, dba,** | |
| 11 | **Google, Inc., dba, Blogger,** | (EXPEDITED CONSIDERATION REQUESTED) |
| 12 | **YouTube, LLC. and** | |
| 13 | **Does/Roes 1-10,** | |
| 14 | Respondents. | |

Upon the Affidavit of Harry J. Williby, sworn to the 8th Day of August, 2018 and upon the copy of [Memorandum in Support of the] Petition hereto annexed, it is **ORDERED**, that the above named Respondents show cause before a motion term of this Court, at room _____, Robert F. Peckham Federal Building & United States District Courthouse, 280 South 1st Street, San Jose, CA 95113 in Santa Clara County and State of California on: _____, 2018, at _____ O'clock in the _____ thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 FRCP enjoining the Respondent(s) during the pendency of this action from:

<u>Suspending, denying access to, or terminating Petitioner's YouTube Channels: The "Harry Williby Channel" and "The Attorney Depot™ Channel," based upon the imposition of "Copyright</u>

1 | Strikes," or "Copyright Claims," not submitted by copyright
2 | owner(s), or processed by Respondents, in accordance with the
3 | Digital Millennium Copyright Act, 17 U.S. Code §§ 512(g)(1); and
4 | it is further ORDERED, that sufficient reason having been shown,
5 | therefore, pending the hearing of petitioner's application for a
6 | preliminary injunction, pursuant to Rule 65 FRCP the
7 | respondent(s) are temporarily restrained and enjoined from;
8 | Suspending, denying access to, or terminating Petitioner's
9 | YouTube Channels: The "Harry Williby Channel" and "The Attorney
10 | Depot™ Channel," based upon the imposition of "Copyright
11 | Strikes," or "Copyright Claims," not submitted by copyright
12 | owner(s), or processed by Respondents, in accordance with the
13 | Digital Millennium Copyright Act, 17 U.S. Code §§ 512(g)(1) and
14 | is further ORDERED, that security in the amount of $-0- be posted
15 | by the petitioner and it is further ORDERED, that personal
16 | service of a copy of this order and annexed affidavit upon the
17 | respondent(s) or his counsel on or _____ O'clock in the _____,
18 | _____, 2018, at shall be deemed good and sufficient service
19 | thereof.

21 | **Dated this__day of August, 2018**

By:_____
    United States District
    Judge