UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY J WILLIBY,<br><br>        Plaintiff,<br><br>   v.<br><br>ALPHABET CORPORATION,<br><br>        Defendant. | Case No.3:18-cv-04903-JST<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 10 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for November 14, 2018 at 2:00 P.M. before the Honorable JON S. TIGAR.  The Case Management Conference Statements are due November 5, 2018 by 5:00 PM

Please report to Courtroom 9, 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 14, 2018

        Susan Y. Soong
        Clerk, United States District Court

        By: _____
        William Noble, Deputy Clerk to the
        Honorable JON S. TIGAR