United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY J WILLIBY,<br><br>    Plaintiff,<br><br>v.<br><br>ALPHABET CORPORATION,<br><br>    Defendant. | Case No. 18-cv-04903-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward J. Davila for consideration of whether the case is related to *Williby v. Hearst Corporation, et al.*, Case No. 15-cv-2538-EJD.

**IT IS SO ORDERED.**

Dated: August 15, 2018

_____
JON S. TIGAR
United States District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY J WILLIBY,<br><br>   Plaintiff,<br><br>   v.<br><br>ALPHABET CORPORATION,<br><br>   Defendant. | Case No. 3:18-cv-04903-JST<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 8/15/2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Harry J Williby
Post Office Box 990755
Redding, CA 96099

Dated: 8/15/2018

Susan Y. Soong
Clerk, United States District Court

By:_____
William Noble, Deputy Clerk to the
Honorable JON S. TIGAR